WRIGHT, FINLAY & ZAK, LLP
Arnold L. Graff, Esq., SBN 269170
4665 MacArthur Court, Suite 280
Newport Beach, CA 92660
Tel: (949) 477-5050; Fax: (949) 608-9142
agraff@wrightlegal.net

Attorneys for Secured Creditor, Quicken Loans, LLC fka Quicken Loans Inc.

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA – SANTA ROSA DIVISION

| | |
|---|---|
| In re:<br><br>DAVID MENDOZA,<br><br>            Debtor. | Case No.: 18-10188<br>Chapter: 13<br><br>Ref No. ALG-1<br><br>**NOTICE OF DEBTOR'S REQUEST FOR FORBEARANCE EXTENSION DUE TO THE COVID-19 PANDEMIC** |

**TO THE HONORABLE DENNIS MONTALI, UNITED STATES BANKRUPTCY JUDGE, THE DEBTOR, THE CHAPTER 13 TRUSTEE, THEIR COUNSEL OF RECORD, IF ANY, AND ALL OTHER INTERESTED PARTIES:**

    Quicken Loans, LLC fka Quicken Loans Inc. ("Creditor"), by and through undersigned counsel, hereby submits Notice to the Court of the Debtor's request for mortgage payment forbearance extension based upon a material financial hardship caused by the COVID-19 pandemic.

1

NOTICE OF REQUEST FOR FORBEARANCE

The Debtor recently contacted Creditor requesting an extension of the forbearance period of three months and has elected to not tender mortgage payments to Creditor that would come due on the mortgage starting August 1, 2020 through October 31, 2020. Creditor holds a secured interest in real property commonly known as 1566 Alegra St., Santa Rosa, CA 95403, as evidenced by claim number 2 on the Court's claim register. Creditor, at this time, does not waive any rights to collect the payments that come due during the forbearance period. If the Debtor desires to modify the length of the forbearance period or make arrangements to care for the forbearance period arrears, Creditor asks that the Debtor or Counsel for the Debtor make those requests through undersigned counsel.

Per the request, Debtor will resume mortgage payments beginning November 1, 2020 and will be required to cure the delinquency created by the forbearance period (hereinafter "forbearance arrears") by either paying off the loan or reinstating the loan in full. Creditor has retained undersigned counsel to seek an agreement with Debtor regarding the cure of the forbearance arrears and submit that agreement to the Court for approval. If Debtor fails to make arrangements to fully cure the forbearance arrears, Creditor reserves it rights to seek relief from the automatic stay upon expiration of the forbearance period.

Respectfully submitted,

WRIGHT, FINLAY & ZAK, LLP

Dated: August 10, 2020

By: */s/ Arnold L. Graff, Esq.*
Arnold L. Graff, Esq.
Attorneys for Creditor, Quicken Loans, LLC
fka Quicken Loans Inc.

# PROOF OF SERVICE

I am employed in the County of Orange, State of California. I am over the age of eighteen (18) and not a party to the within action. My business address is 4665 MacArthur Court, Suite 200, Newport Beach, California 92660.

On August 10, 2020, I served the foregoing documents described as ***NOTICE OF DEBTOR'S REQUEST FOR FORBEARANCE EXTENSION DUE TO THE COVID-19 PANDEMIC***, on the following individuals by depositing true copies thereof in the United States first class mail at Newport Beach, California, enclosed in a sealed envelope, with postage paid, addressed as follows:

**SEE ATTACHED SERVICE LIST**

[X] (BY MAIL) I caused such envelope with postage thereon fully prepaid to be placed in the United States mail at Newport Beach, California. I am readily familiar with the firm's business practice for collection and processing of correspondence for mailing with the U.S. Postal Service pursuant to which practice the correspondence is deposited with the U.S. Postal Service the same day in the ordinary course of business.

[ ] (BY NORCO OVERNITE - NEXT DAY DELIVERY) I placed true and correct copies of thereof enclosed in a package designated by Norco Overnite with the delivery fees provided for.

[X] (BY ELCTRONIC SERVICE) Pursuant to CM/ECF System, registration as a CM/ECF user constitutes consent to electronic service through the Court's transmission facilities. The Court's CM/ECF systems sends an e-mail notification of the filing to the parties and counsel of record listed above who are registered with the Court's EC/ECF system.

[X] (FEDERAL) I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

I declare under penalty of perjury of the laws of the United States that the foregoing is true and correct. Executed on August 10, 2020, at Newport Beach, California.

   /s/ Erica Baker
ERICA BAKER

3
NOTICE OF REQUEST FOR FORBEARANCE
Case: 18-10188   Doc# 58   Filed: 08/10/20   Entered: 08/10/20 11:45:29   Page 3 of 4

# SERVICE LIST
In re David Mendoza
Bankruptcy Case No.: 18-10188

**PARTIES SERVED BY ECF ELECTRONIC MAIL:**

David Burchard, Chapter 13 trustee: TESTECF@burchardtrustee.com
Evan Livingstone, Counsel for Debtor: evanmlivingstone@gmail.com
Office of the U.S. Trustee / SR: USTPRegion17.SF.ECF@usdoj.gov
Arnold L. Graff, Counsel for Quicken Loans Inc.: agraff@wrightlegal.net

**PARTIES SERVED BY US MAIL:**

David Mendoza
1566 Alegra St
Santa Rosa, CA 95403
DEBTOR

Evan Livingstone
Law Offices of Evan Livingstone
740 Fourth St #215
Santa Rosa, CA 95404
COUNSEL FOR DEBTOR

David Burchard
P.O. Box 8059
Foster City, CA 94404
CHAPTER 13 TRUSTEE